IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BARRY THOMAS DAVID,
Plaintiff,

v.   Civil No. 3:20cv883 (DJN)

HENRICO COUNTY JAIL WEST, et al.,
Defendants.

**MEMORANDUM OPINION**

On March 24, 2021, the United States Postal Service returned a March 16, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff was released. (ECF No. 10.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action under Federal Rule of Civil Procedure 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: March 31, 2021